IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

WILLIAM T. JOHNSON JR;
PETITIONER.
V.
THOMAS CARROLL, WARDEN;
AND THE STATE OF DELAWARE.
RESPONDENT.

CR.A. NO: 9606009907.
D.CT. NO: _____

---

MOTION TO PROCEED IN FORMA PAUPERIS.

---

NOW COMES THE PETITIONER, WILLIAM T. JOHNSON JR; WHO RESPECTFULLY ASK THIS COURT TO GRANT HIS MOTION TO PROCEED IN FORMA PAUPERIS FOR THE REASONS: THE PETITIONER IS CURRENTLY INDIGENT, AND HAS A NEGATIVE INMATE ACCOUNT BALANCE OF -93.91
SEE: ACCOUNT STATEMENT. EX.(A).

WHEREFORE, THE PETITIONER CAN NOT PAY THE $5.00 DOCKET FEE, OR ANY COURT FEES.

DATED: 6-21-2005.

William T. Johnson Jr.
Petitioner: 202367
D.C.C.
1181 Paddock Rd.
Smyrna, Del. 19977