## Individual Statement - No Transactions This Month

Date Printed: 6/17/2005   Page 1 of 1

### For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($93.91) |
|---|---|---|---|---|---|---|
| 00202367 | Johnson | Timothy | | | | |
| **Current Location:** 23 | | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | ($93.91) |
|---|---|---|---|---|---|---|

*Per your request. You still have a Negative Balance of -93.91*

*Stacy Shane*
*Support Services*
*Secretary.*