INM William T. Johnson JR.
SBI# 202367 UNIT 23.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK.
U.S. DISTRICT COURT.
844 N. KING ST. LockBox 18.
Wilm, Del. 1801

LEGAL MAIL