IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

| | |
|---|---|
| WILLIAM T. JOHNSON JR.<br>PETITIONER.<br>V.<br>STATE OF DELAWARE<br>AND THOMAS CARROLL, WARDEN.<br>RESPONDENTS. | NO: 05-_____<br>COURT BELOW:<br>SUPERIOR COURT NEWCASTLE COUNTY.<br>JUDGE FRED S. SILVERMAN.<br>ID. 9606009907.<br>CR.A. NOS. IN9607 0070. |

PETITIONERS APPENDIX FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2254, FOR THE DISTRICT OF DELAWARE.

DATED: 6-21-2005.

William T. Johnson Jr.
Petitioner: 202367.
D.C.C.
1181 Paddock Rd.
Smyrna, Del. 19977

## TABLE OF CONTENTS.

| # | | Pages |
|---|---|---|
| 1.) | GRAND JURY INDICTMENT | A-1 – A-2. |
| 2.) | STATES PLEA AGREEMENT | A-3. |
| 3.) | DEFENDANTS 11-17-1999 MOTION | A-4 – A-7. |
| 4.) | JUDGES REFERRAL MEMORANDUM | A-8. |
| 5.) | DEFENDANTS LETTER | A-9 – A-11. |
| 6.) | JUDGES LETTER | A-12. |
| 7.) | DEFENDANTS 61 MOTION | A-13. |
| 8.) | SUPERIOR COURT ORDER | A-14 – A-17. |
| 9.) | STATES MOTION TO AFFIRM | A-18. |
| 10.) | SUPREME COURT ORDER | A-19. |
| 11.) | DEFENDANTS REARGUMENT MOTION | A-20. |
| 12.) | SUPREME COURT ORDER | A-21. |

I.

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : |
| V. | : INDICTMENT BY THE GRAND JURY |
| | : I.D. 9606009907 |
| WILLIAM JOHNSON | : |
| AKA TIMOTHY JOHNSON | : |

The Grand Jury charges WILLIAM JOHNSON AKA TIMOTHY JOHNSON with the following offenses:

### COUNT I. A FELONY

IN96-07-0070

THEFT in violation of Title 11, Section 841 of the Delaware Code of 1974, as amended.

WILLIAM JOHNSON AKA TIMOTHY JOHNSON, between the 24th day of December 1995 and the 10th day of January, 1996 in the County of New Castle, State of Delaware, did take pursuant to a common scheme, with intent to appropriate, property consisting of assorted merchandise belonging to Sears and valued in excess of $500.00.

### COUNT II. A MISDEMEANOR

IN96-07-0071

ISSUING A BAD CHECK in violation of Title 11, Section 900 of the Delaware Code of 1974, as amended.

WILLIAM JOHNSON AKA TIMOTHY JOHNSON, on or about the 24th day of December, 1995, in the County of New Castle, State of Delaware, did issue check number 129, drawn on the account of William T. Johnson, Jr. held with the PNC Bank and made payable to Sears stores in the

A-1.

amount of $299.99, knowing that said check would not be honored by the drawee.

### COUNT III. A MISDEMEANOR

I#N 96-07-0072

ISSUING A BAD CHECK in violation of Title 11, Section 900 of the Delaware Code of 1974, as amended.

WILLIAM JOHNSON AKA TIMOTHY JOHNSON, on or about the 10th day of January, 1996, in the County of New Castle, State of Delaware, did issue check number 138, drawn on the account of William T. Johnson, Jr. held with the PNC Bank and made payable to Sears stores in the amount of $288.96, knowing that said check would not be honored by the drawee.

A TRUE BILL

_____
(FOREPERSON)

_____
M. Jane Brady
ATTORNEY GENERAL

_____
DEPUTY ATTORNEY GENERAL

A-2.

# TRUTH IN SENTENCING GUILTY PLEA FORM

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR _____ COUNTY

STATE OF DELAWARE )
V.                  )  CR. A. NO. __9606009907__
__WILLIAM JOHNSON__, )

The defendant must answer the following questions in his or her own handwriting.

Date of Birth __11-12-71__    Last grade in school completed __12th__

Have you ever been a patient in a mental hospital? __No__

Are you under the influence of alcohol or drugs at this time? __No__

Have you freely and voluntarily decided to plead guilty to the charges listed in your written plea agreement? __Yes__

Have you been promised anything that is not stated in your written plea agreement? __No__

Has your attorney, the State or anyone threatened or forced you to enter this plea? __No__

Do you understand that because you are pleading guilty you will not have a trial and you therefore waive (give up) your constitutional right:

(1) to be presumed innocent until the State can prove each and every part of the charge(s) against you beyond a reasonable doubt;
(2) to a speedy and public trial;
(3) to trial by jury;
(4) to hear and question the witnesses against you;
(5) to present evidence in your defense;
(6) to testify or not testify yourself; and,
(7) to appeal to a higher court?  __Yes__

| OFFENSE | STATUTORY PENALTY | TIS GUIDELINE |
|---|---|---|
| 1. Theft (F) | 2 Yr. | 12 mos @ IV |
| 2. | | |
| 3. | | |

TOTAL CONSECUTIVE MAXIMUM PENALTY: __2 Yr. (See Rule 11 plea)__

Do you understand that, if incarcerated, you will not be eligible for parole and the amount of early release credits which you may earn will be limited to a maximum of ninety (90) days per year? __Yes__

Is there a mandatory minimum penalty? __No__  If so, what is it? __No__

Has anyone promised you what your sentence will be? __No__

Are you on probation or parole? __Yes__ (A guilty plea may constitute a violation.)

Do you understand that a guilty plea to a felony will cause you to lose your right to vote, to be a juror, to hold public office, to own or possess a deadly weapon and other civil rights? __Yes__

Are you satisfied with your lawyer's representation of you and that your lawyer has fully advised you of your rights and of the result of your guilty plea? __Yes__

_____    __10-23-96__    _____
Defense Counsel              Date              Defendant

A-3.

xc: Superior Court, Attorney General, Attorney for Defendant, Defendant        Revised March, 1992

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE.

| | |
|---|---|
| WILLIAM T. JOHNSON JR. | ID.#9606009907. |
| V. | CR.A.NOS IN96070070 |
| STATE OF DELAWARE. | SUPERIOR COURT. |
| | NEWCASTLE COUNTY. |
| | THE HONORABLE JUDGE |
| | FRED S. SILVERMAN. |

MOTION FOR AMENDED SENTENCING AND/OR TO WITHDRAW GUILTY PLEA.

COMES NOW THE DEFENDANT WILLIAM T. JOHNSON JR, PRO/SE, WHO RESPECTFULLY MOVES THIS HONORABLE COURT FOR AN ORDER GRANTING HIS REQUEST FOR A EVIDENTIARY HEARING TO AMEND AND/OR TO WITHDRAW GUILTY PLEA THAT WAS INVALID UNDER STATE AND FEDERAL CONSTITUTIONAL LAW. IN SUPPORT OF THIS MOTION THE DEFENDANT OFFERS THE FOLLOWING GROUNDS.

ON OCTOBER 23RD, 1996 THE DEFENDANT PLED GUILTY TO A THEFT CLASS G FELONY CHARGE; IN VIOLATION OF 11 DEL.C. §841(A). THE PLEA AGREEMENT WAS ACCEPTED BY THE HONORABLE JUDGE: FRED S. SILVERMAN, AND SENTENCE WAS IMPOSED THAT SAME DAY.

(1).

A-4.

THE DEFENDANT HAS NOW ACKNOWLEDGE THAT, ACCORDING TO 170 DEL. LAWS C.364 PROVIDES: "THAT THE GOVERNOR HAS AMENDED THE THEFT CLASS (G) FELONY VALUE OF PROPERTY FROM $500 TO $1,000 OR GREATER. THIS AMENDMENT BECAME EFFECTIVE THE DAY AFTER ITS ENACTMENT INTO LAW, AND MUST APPLY TO OFFENSES COMMITTED ON OR AFTER THAT DATE." THE ACT WAS SIGNED BY THE GOVERNOR ON JULY 11th, 1995. THEREFORE, THE DEFENDANTS ARGUMENT IS THAT THE PLEA AGREEMENT DATED OCTOBER 23RD, 1996 IS ERRONUSLY INCORRECT UNDER STATE AND FEDERAL CONSTITUTIONAL LAW, AND SHOULD NOT HAVE BEEN ACCEPTED BECAUSE OF GROUNDS:

(A) THE DESCRIPTION OF PLEA READS THEFT OVER $500 CLASS(G) FELONY WHICH IS INCORRECT, IT SHOULD READ THEFT UNDER $1,000 CLASS (A) MISDEMEANOR, BECAUSE THE GOVERNORS AMENDMENT ENACTMENT WAS EFFECTIVE BEFORE THE OFFENSES IN THIS CASE WAS ALLEGALY COMMITTED, AND THE ENACTMENT MUST APPLY TO THIS CASE IN ORDER FOR THE PLEA TO BE VALID.

(B) THE VALUE OF PROPERTY INVOLVED IN THIS CASE IS LESS THAN $1,000 AND ACCORDING TO THE GOVERNORS ENACTMENT BY CONSTITUTIONAL LAW, THE ALLEGE THEFT IS AN CLASS (A) MISDEMEANOR, AND NOT A CLASS (G) FELONY.

(2).

A-5.

(C) COUNSEL, RAYMOND M. RADULSKI VIOLATED THE DEFENDANTS SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL, BY FAILING TO BRING TO THE DEFENDANTS ATTENTION MATTERS CONCERNING THE GOVERNORS AMENDMENT ENACTMENT, WHICH HAD COUNSEL DONE SO, THE DEFENDANT WOULD NOT HAD ACCEPTED PLEA AGREEMENT.

WHEREFORE, PURSUANT TO THE DUE PROCESS CLAUSE UNDER THE FOURTEENTH AMENDMENT, A DEFENDANT HAS THE RIGHT TO ATTACK ANY ILLEGAL CONVICTION OR SENTENCE, HAVING FOUND THAT THE DEFENDANT HAS SHOWN PROPER CAUSE, AND WHICH ENTITLES HIM TO SUCH RELIEF THE COURT FINDS JUST. THE DEFENDANT HAS SHOWN "PREJUDICE THAT AMOUNTED TO MANIFEST INJUSTICE," WHICH BARS TO RELIEF WILL NOT APPLY TO THIS CASE WHERE THE TRIAL COURT HAS LACKED JURISDICTION, OR THAT THERE WAS A MISCARRIAGE OF JUSTICE BECAUSE OF A CONSTITUTIONAL VIOLATION THAT UNDERMINED THE FUNDAMENTAL LEGALITY, RELIABILITY, INTEGRITY, OR FAIRNESS OF THE PROCEEDINGS LEADING TO THE JUDGMENT OF CONVICTION.

WHEREFORE, THE DEFENDANT REQUEST THAT THE HONORABLE JUDGE: FRED S. SILVERMAN CONDUCT A HEARING TO CORRECT THIS MATTER AT HIS EARLIEST POSSIBLE CONVIENCE.

Dated 11-15-99.

RESPECTFULLY SUBMITTED.

William F. Johnson Jr. #202367
Defendant Prose
D.C.C.
P.O. Box 500
Smyrna, Del, 19977

(3).   A-6.

CERTIFICATE OF SERVICE

I, _WILLIAM T. JOHNSON JR_, hereby certify that I have served a true and correct cop(ies) of the attached: _ENCLOSED MOTION_ upon the following parties/person(s):

TO: _DIANE M. COFFEY_
_DEPUTY ATTORNEY GENERAL_
_DEPARTMENT OF JUSTICE_
_820 N. FRENCH ST 7TH FLOOR_
_WILM, DEL. 19801_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977, postage to be paid by the Dept. of Corrections.

On this _15TH_ day of _NOVEMBER_, 199_9_.

A-7.