7-20-2005

RE: JOHNSON
V.
THOMAS CARROLL
AND THE STATE OF DELAWARE.
I.D. 9606009907          03-546(JJF)

DEAR MR. DALLEO;

MY NAME IS WILLIAM T. JOHNSON JR; AND I'M THE PETITIONER IN THE ABOVE CASE. ON 6-21-2005, I SENT A PETITION AND MEMORANDUM WITH AN APPENDIX TO YOUR OFFICE TO BE FILED WITH THE COURT. I ALSO SENT A MOTION FOR THE CASE TO PROCEED IN FORMA PAUPERIS. CAN YOU PLEASE WRITE ME BACK WITHIN 7 DAYS AND LET ME KNOW THE STATUS OF MY CASE, THANK YOU.

Sincerely,
William T. Johnson Jr.
Petitioner: 202367
D.C.C.
1181 Paddock Rd.
Smyrna, Del. 19977