RE: JOHNSON V. CARROLL;
03-546. (J.J.F.)

FILED

AUG - 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DEAR MR. OALLEO,
I RECEIVED YOUR LETTER DATED 8-1-2005,
AND THE COURT DOCKET YOU SENT ME IN
THE ABOVE CASE. HOWEVER, AFTER REVIEW
OF THE DOCKET, I NOTICE THAT THERE HAS
BEEN A ERROR COMMITTED BY YOUR OFFICE
CONCERNING THE FILING OF A PETITION FOR
WRIT OF HABEAS CORPUS ON 6-27-2005.
THE DOCKET CLAIMS THAT THOSE MATERIALS
IS TO BE "CONSTRUED AS A MOTION TO ADD
CLAIMS TO REMANDED HABEAS PROCEEDING" IN
THE ABOVE CASE, WHICH IS INCORRECT.
THE PETITION AND MEMORANDUM, FINANCIAL
STATEMENT, APPLICATION TO PROCEED WITHOUT
PREPAYMENT OF FEES AND AFFIDAVIT, MOTION TO
PROCEED IN FORMA PAUPERIS AND APPENDIX,
WHICH WAS FILED ON 6-27-2005 SHOULD
NOT HAVE BEEN FILED WITH THE ABOVE
CASE BECAUSE THEY ARE 2 DIFFERRENT CASES.
SEE: CR.A. NOS. 9606009907 AND 9711014716.

OVER. →

②.

THE CRIMINAL ACTION NUMBERS OR CASE NUMBER IN THE REMANDED CASE 03-546 (S.S.F.) IS 9711014716, I DID NOT REQUEST THE PETITION FILED ON 6-27-2005, 9606009907 BE CONSTRUED WITH THE REMANDED CASE.

WHEREFORE, I REQUEST THAT THE PETITION AND MATERIALS THAT WAS FILED IN ERROR ON 6-27-2005 IN THE ABOVE CASE BE FILED SEPRETLY BY YOUR OFFICE UNDER 2254 AND THAT THOSE MATERIALS BE GIVEN A DOCKET NUMBER. DUE TO THE CLERKS ERROR I REQUEST THAT MY CASE BE PROPLY ASSIGNED TO A JUDGE. THANK YOU. PLEASE WRITE ME BACK A.S.A.P. WITH YOUR CONCERNS ETC.

Sincerely,
Petitioner William F. Johnson Jr.
BLD. 23. AU-1 D.C.C. #202367
1181 Paddock Rd.
Smyrna, Del. 19977

CC. S.S.F.

IM William T Johnson JR.
SBI# 202367 UNIT 234-U-1.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE

MR. PETER T. DALLEO; CLERK,
U.S. DISTRICT COURT FOR DELAWARE.
844 N. KING ST. LOCKBOX 18.
WILM, DEL. 19801

LEGAL MAIL.