

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    05-cv-602 (JJF)

    LOREN MEYERS
    DEPUTY ATTORNEY GENERAL
    DEPARTMENT OF JUSTICE
    820 N. FRENCH STREET
    WILMINGTON, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Kelly O'en SG   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7002 2030 0003 0326 9403

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540