**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2005, I electronically filed an answer to a habeas petition with the Clerk of Court using CM/ECF. I also hereby certify that on November 18, 2005, I have mailed by United States Service, two copies of the same document to the following non-registered participant:

> William T. Johnson, Jr.
> SBI No. 202367
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> /s/ Elizabeth R. McFarlan
> Deputy Attorney General
> Department of Justice
> 820 N. French Street
> Wilmington, DE 19801
> (302) 577-8500
> Del. Bar. ID No. 3759
> elizabeth.mcfarlan@state.de.us