**CERTIFICATE OF SERVICE**

    I hereby certify that on November 18, 2005, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on November 18, 2005, I have mailed by United States Service, the same documents to the following non-registered participant:

William T. Johnson, Jr.
SBI No. 202367
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

 

                                              /s/ Elizabeth R. McFarlan
                                              Deputy Attorney General
                                              Department of Justice
                                              820 N. French Street
                                              Wilmington, DE 19801
                                              (302) 577-8500
                                              Del. Bar. ID No. 3759
                                              elizabeth.mcfarlan@state.de.us