IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WILLIAM T. JOHNSON, JR.,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-602-JJF |
| | : | |
| **THOMAS CARROLL**, Warden and **M. JANE BRADY**, Attorney General for the State of Delaware, | : : : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Respondents file herewith certified copies of the following of the Delaware Supreme Court documents:

    a. Opening Brief & Appendix (No. 488, 2004)

    b. State's Motion to Affirm (No. 488, 2004)

    c. Appellant's Motion to Oppose (No. 488, 2004)

    d. State's Supplement to Motion to Affirm (No. 488, 2004)

    e. Order (May 31, 2005) (No. 488, 2004).

2. Respondents also file herewith a certified copy of the Delaware Superior Court Criminal Docket in ID No. 9606009907.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

December 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on December 8, 2005, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    William T. Johnson
    SBI No. 202367
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us