5-24-2006.

RE: STATUS OF CASES;
05-602-(J.J.F.)
03-546-(J.J.F.)

DEAR MR. DALLEO,

THE 2 ABOVE CASES ARE PENDING IN THIS COURT. CAN YOU PLEASE SEND ME A COURT DOCKET FOR EACH CASE SO THAT I CAN BE UPDATED ON THE STATUS OF EACH CASE. I HOPE THAT YOU CAN RESPOND BACK TO ME WITHIN THE NEXT 10 DAYS.
THANK YOU.

Sincerely,

William F. Johnson Jr.
D.C.C. #202367
1181 PADDOCK RD.
SMYRNA, DE. 19977

FILED
MAY 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M WILLIAM T. JOHNSON JR.
SBI# 202367  UNIT O-W.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



MR. PETER T. DALLEO, CLERK.
U.S. DISTRICT COURT.
844 N. KING ST. LOCKBOX 18.
WILM, DEL. 19801

LEGAL MAIL