OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

June 8, 2006

TO: William T. Johnson, Jr.  
    SBI #202367  
    Delaware Correctional Center  
    1181 Paddock Road  
    Smyrna, DE 19977

***RE: Status Letter; 05-602(JJF)***

Dear Mr. Johnson:

   This office received a letter from you requesting the status of case 05-602. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case. Enclosed please find a docket sheet for the above mentioned case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                           Sincerely,

/bad                                       PETER T. DALLEO
                                           CLERK

cc: The Honorable Joseph J. Farnan, Jr.  
enc. Docket Sheet